**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WAYNE M. SHEPPARD,                 )    No. C 09-02820 JW (PR)
                                        )
12              Plaintiff,              )    ORDER DENYING MOTION FOR
                                        )    CERTIFICATE OF APPEALABILITY
13        vs.                           )
                                        )
14   FRANCISCO JACQUEZ, et al.,         )
                                        )
15              Defendants.             )
                                        )
16   _____)    (Docket No. 8)
17

18          Plaintiff, a California inmate, filed the instant civil rights action under 42

19   U.S.C. § 1983, which the Court dismissed for failure to state a claim upon which

20   relief may be granted on October 19, 2009.  (See Docket No. 5.)  Accordingly,

21   plaintiff's motion for a certificate of appealability (Docket No. 8) IS DENIED as

22   unnecessary and inapplicable to this § 1983 action.

23          This order terminates Docket No. 8.

24

25   DATED: _____May 24, 2010_____          _____
                                              JAMES WARE
26                                            United States District Judge

27

28

P:\PRO-SE\SJ.JW\CR.09\Sheppard02820_misc.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

WAYNE M. SHEPPARD,

          Plaintiff,

  v.

FRANCISCO JACQUES, et al.,

          Defendants.
_____/

Case Number: CV09-02820 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/27/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne M. Sheppard G-01595
Folsom State Prison
P. O. Box 715071
Represa, Ca 95671

Dated: _____5/27/2010_____

          Richard W. Wieking, Clerk
          /s/ By: Elizabeth Garcia, Deputy Clerk